| | |
|---|---|
| 1 | Nicole Y. Blohm (SBN 177284) |
| 2 | E-mail: nblohm@bwslaw.com<br>BURKE, WILLIAMS & SORENSEN, LLP |
| 3 | 444 South Flower Street, 40th Floor<br>Los Angeles, California 90071-2942 |
| 4 | Tel: 213.236.0600   Fax: 213.236.2700 |
| 5 | Attorneys for Defendant<br>LIFE INSURANCE COMPANY OF NORTH AMERICA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELE ZUKOR, | Case No. 3:25-cv-00843-RS |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER** |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge:  Hon. Richard Seeborg<br>Ctrm:   3, 17th Floor |
| Defendant. | Complaint Filed: January 24, 2025 |

IT IS HEREBY STIPULATED, by and between Plaintiff MICHELE ZUKOR and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through their attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear its own attorneys' fees and costs.

The parties further stipulate all dates be vacated and taken off the Court's calendar.

///

///

///

///

///

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

4919-2622-5251 v1

1

Case No. 3:25-cv-00843-RS
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER

1  The Parties seek the Court's approval of the dismissal of the action with prejudice.

2  **IT IS SO STIPULATED**.

4  Dated: September 3, 2025              DARRASLAW

By: _____*/s/ Phillip S. Bather*_____
Phillip S. Bather
Attorneys for Plaintiff
MICHELE ZUKOR

Dated: September 3, 2025              BURKE, WILLIAMS & SORENSEN, LLP

By: _____*/s/ Nicole Y. Blohm*_____
Nicole Y. Blohm
Attorneys for Defendant
LIFE INSURANCE COMPANY OF
NORTH AMERICA

### Filer's Attestation - Local Rule 5-1.(i)(3)

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4919-2622-5251 v1

2

Case No. 3:25-cv-00843-RS
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE; AND [PROPOSED] ORDER

## ***ORDER***

Based upon the Stipulation of the Parties and for good cause shown,

IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that all dates previously set in this action are hereby vacated and taken off the Court's calendar;

IT IS FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED:**

Dated: __September 5__, 2025

_____
Hon. Richard Seeborg
Chief United States District Judge

Burke, Williams & Sorensen, LLP
Attorneys at Law
Los Angeles

4919-2622-5251 v1

3

Case No. 3:25-cv-00843-RS
STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; AND [PROPOSED] ORDER